UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
ATTORNEY(S) NICHOLAS LOAKNAUTH ESQ
1460 BROADWAY NEW YORK, NY 10036 |

PH: (212) 641-0745

Civil Number: 20-cv-7089
Date Filed: 08-31-2020
Court Date:

Mellaconic IP LLC

*Plaintiff*

vs

Curb Mobility, LLC

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

Raed Ibrahim, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **9/17/2020**, at **1:47 PM** at **28 Liberty Street, New York, NY 10005**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Curb Mobility, LLC c/o CT Corp**, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Gina Martinez** said individual to be **Agent For Service Of Process** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of Gina Martinez is as follows:

**Sex**: Female   **Color of skin**: Brown   **Color of hair**: Brown   **Age**: 21-35
**Height**: 5ft4in-5ft8in   **Weight**: 131-160 Lbs.   **Other** :

Sworn to before me on September 18, 2020

Patricia Rothfritz
Notary Public - State of New York
No. 01R06055503; Qualified in Nassau County
My Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Raed Ibrahim
Lic# 1326602
Job #: 2020362

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771